

April 30, 2018

**BY ECF**
The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

      Re:    *United States ex rel. Dr. Patricia A. Kelly, et al.* v. *City Medical Associates, et al.*,
             15 Civ. 7261 (PGG)

Dear Judge Gardephe:

      The Government respectfully writes to provide a status update to the Court. In an Order dated July 20, 2017, Your Honor granted the Government's motion to stay the proceedings in the above-mentioned case and directed the Government to advise the Court, every 90 days, as to the status of the related criminal case. (Dkt. 40; *see also* Dkt. 42).

      The related criminal case, *United States v. Asim Hameedi, et al.*, 17 Cr. 137 (JGK), remains ongoing before Judge Koeltl. In late January and February 2018, the Government reached pretrial dispositions with all defendants charged in the related criminal case. As a result, the trial before Judge Koeltl, which had been scheduled for March 2018, was canceled. Five sentencings are scheduled for this summer and fall. The Government respectfully submits that a continuation of the stay is appropriate for at least two reasons. First, it may promote efficiency by enabling resolution of the civil and criminal cases together; these negotiations are currently ongoing. Second, if there are disputes at sentencing, witnesses—who will ultimately be deposed in the civil case—may need to testify at a *Fatico* hearing to resolve these disputes.

            Very truly yours,

            GEOFFREY S. BERMAN
            United States Attorney for the
            Southern District of New York

    by: _____/s/_____
            Michael Neff/David Abramowicz/Kristy Greenberg
            Assistant United States Attorneys
            (212) 637-2107/6525/2469

cc: All Counsel of Record (via ECF)