UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

USA ex rel. Dr. Patricia A. Kelly, Plaintiff,

Case No. 15-7261 (PGG)

-against-

City Medical Associates, PC, et al. Defendant.
--------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO: ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending          [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Edward Scarvalone**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: ES4880        My State Bar Number is 2123974

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: Willens & Scarvalone LLP
            FIRM ADDRESS: 40 Wall Street, Suite 4100, New York NY 10005
            FIRM TELEPHONE NUMBER: (646) 200-6334
            FIRM FAX NUMBER: (800) 879-7938

NEW FIRM:   FIRM NAME: Willens & Scarvalone LLP
            FIRM ADDRESS: One Liberty Plaza, 23rd Fl., New York NY 10006
            FIRM TELEPHONE NUMBER: (646) 200-6334
            FIRM FAX NUMBER: (800) 879-7938

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: March 6, 2019

_____
ATTORNEY'S SIGNATURE