UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. DR. PATRICIA A. KELLY, et al., <br><br> Plaintiffs, <br><br> -against- <br><br> CITY MEDICAL ASSOCIATES, P.C., ASIM HAMEEDI and ABSAR HAARIS, <br><br> Defendants. <br><br> ──────────────── <br><br> UNITED STATES OF AMERICA, <br><br> Plaintiff-Intervenor, <br><br> -against- <br><br> CITY MEDICAL ASSOCIATES, P.C., DR. ASIM HAMEEDI, DR. ABSAR HAARIS, FAWAD HAMEEDI, ARIF HAMEEDI, and DR. EMAD SOLIMAN, <br><br> Defendants. | **ORDER** <br><br> 15 Civ. 7261 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the Government's and Plaintiff-Relator's Motions (Dkt. Nos. 54, 55) to lift the stay in this case are granted. The Defendants will respond to the Complaint-in-Intervention by January 3, 2022. An initial pre-trial conference is scheduled for January 6, 2022 at 9:15 a.m.

Dated:  December 9, 2021
        New York, New York

SO ORDERED.

*Paul G. Gardephe* (signature)

Paul G. Gardephe
United States District Judge