# SHER TREMONTE LLP

December 20, 2021

**BY ECF**

The Honorable Paul G. Gardephe
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    *United States ex rel. Dr. Patricia Kelly v. City Medical Associates, et al.*
              Case No. 15-cv-7261 (PGG)

Dear Judge Gardephe,

      We represent Absar Haaris, a defendant in the above-referenced matter. We write on behalf of all defendants and with the consent of the government to respectfully request a 45-day extension of the deadline to respond to the Complaint-in-Intervention, from January 3, 2022 to February 17, 2022. We further request a corresponding adjournment of the January 6, 2022 pretrial conference, to a date in late February that is convenient for the Court. The reason for the adjournment is to accommodate the travel schedule of counsel for Defendant Fawad Hameedi, to allow the parties time to negotiate a potential settlement in advance of litigation, and due to the impending holidays. Counsel for the government consents to this request.

      We appreciate the Court's consideration.

Respectfully submitted,

SHER TREMONTE LLP

By: /s/Noam Biale
     Michael Tremonte
     Noam Biale

*Attorneys for Absar Haaris*

**Memo Endorsed:** The pretrial conference currently scheduled for January 6, 2022 at 9:15a.m. is adjourned until February 24, 2022 at 9:45am.

December 23, 2021

SO ORDERED.

/s/ Paul G. Gardephe
_____
Paul G. Gardephe
United States District Judge