

**KENNETH M. ABELL**
(646) 970-7341 (direct dial)
kabell@aellaw.com
aellaw.com

**256 Fifth Avenue, 5th Floor**
**New York, New York 10001**

March 24, 2022

**By ECF**

The Honorable Paul G. Gardephe
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    *United States ex rel. Dr. Patricia Kelly v. City Medical Associates, et al.*
                Case No. 15-cv-7261 (PGG)

Dear Judge Gardephe:

    We write on behalf of Dr. Asim Hameedi to request an adjournment of the initial pre-trial conference in this matter, currently set for April 7, 2022, to a date after Dr. Hameedi has filed his Answer in this matter. By Order dated March 16, 2022, Your Honor extended the time for Dr. Hameedi to answer the complaint until May 1, 2022. (Another defendant, Dr. Fawad Hameedi, similarly received an extension until May 1 to file his answer.) We respectfully request that the initial pre-trial conference, as well as the deadline to submit the case management plan, be adjourned to a date after May 1.

    AUSA Jacob Bergman has consented to this requested adjournment.

    Thank you for your time and consideration.

Respectfully,

ABELL ESKEW LANDAU LLP

By:   */s/ Kenneth M. Abell*
KENNETH M. ABELL
KATHERINE KULKARNI
*Counsel for Asim Hameedi*

**Memo Endorsed:** The conference currently scheduled for April 7, 2022 is adjourned to May 12, 2022 at 10:45 a.m. The parties' joint letter and case management plan will be due on May 5, 2022.
Dated: March 24, 2022

SO ORDERED.

*Paul G. Gardephe*
_____
Paul G. Gardephe
United States District Judge

ll@aellaw.com  |  (646) 970-7341  |  aellaw.com