# JAMES KOUSOUROS
ATTORNEY AT LAW

260 Madison Avenue, 22nd floor • New York, NY 10016
212•532•1934 / 212•532•1939 fax
E-mail: James@kousouroslaw.com

JAMES KOUSOUROS
FOUNDER & PRINCIPAL

STUART GOLD
SENIOR COUNSEL

EMMA J. COLE
LEGAL ASSISTANT

April 27, 2022

BY ECF

Hon. Paul G. Gardephe
United States District Judge
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *United States ex rel. Dr. Patricia A. Kelly v. City Medical Associates, et al.*
      Case No. 15-cv-7261 (PGG)

Dear Judge Gardephe,

We write on behalf of defendants Fawad Hameedi and Asim Hameedi, with the consent of the Government, to respectfully request a 45-day adjournment for the filing of answers in this matter, currently due by May 1, 2022. The additional time will allow for the parties to continue their ongoing settlement discussions and we hope to resolve the matter shortly.

With the consent of the Government, we also respectfully request an adjournment of the status conference scheduled for May 26, 2022, to a date convenient for the Court after June 15, 2022, which will allow all parties to keep the same schedule.

**Memo Endorsed:**  Defendants Fawad Hameedi's and Asim Hameedi's request for an extension to file their response to the Complaint in Intervention is granted.  The status conference scheduled for May 26, 2022 will move forward at the scheduled time.

Respectfully submitted,

_____/s/_____

James Kousouros, Esq.

Dated:  April 29, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge