UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X

UNITED STATES OF AMERICA *ex rel.*
Dr. PATRICIA A. KELLY, and
THE STATE OF NEW YORK *ex rel.*
Dr. PATRICIA A. KELLY,

                    Plaintiffs,

                    vs.

CITY MEDICAL ASSOCIATES, P.C., ASIM
HAMEEDI and ABSAR HAARIS,

                    Defendants.

------------------------------------X

Civil Action No.
15-CV-7261 (PGG)

## ORDER

    WHEREAS, by notice of election dated May 19, 2022, the State of New York (the "State") having declined to intervene pursuant to the New York False Claims Act, N.Y. State Fin. Law § 190(2)(f);

    WHEREAS, on February 28, 2017, the Court lifted the seal in this matter, except as to documents filed by the State;

    IT IS HEREBY ORDERED that:

    1.    The seal shall be lifted as to any documents filed by the State after the date of entry of this Order, except to the extent otherwise ordered by the Court;

    2.    All documents previously filed by the State in this action shall remain under seal and not be made public, except for this Order and the State's Notice of Election to Decline Intervention;

3. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the State, pursuant to State Fin. Law § 190(2)(f). The State may seek to intervene with respect to the allegations in the relator's complaint (or any subsequent amended complaint) for good cause, at any time;

4. The parties shall serve all notices of appeal upon the State;

5. All Orders of this Court shall be sent to the State by the relator;

6. Should the relator or the defendants propose that this action be dismissed, settled, or otherwise discontinued, the moving party (or parties) must solicit the written consent of the State before applying for Court approval.

Dated: May 24, 2022

SO ORDERED:

_____
HONORABLE PAUL G. GARDEPHE
UNITED STATES DISTRICT JUDGE