UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. DR. PATRICIA A. KELLY, et al.,<br><br>                              Plaintiffs,<br><br>-against-<br><br>CITY MEDICAL ASSOCIATES, P.C., ASIM HAMEEDI, and ABSAR HAARIS,<br><br>                              Defendants. | **ORDER**<br><br>15 Civ. 7261 (PGG) |
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff-Intervenor,<br><br>-against-<br><br>CITY MEDICAL ASSOCIATES, P.C., DR. ASIM HAMEEDI, DR. ABSAR HAARIS, FAWAD HAMEEDI, ARIF HAMEEDI, and DR. EMAD SOLIMAN,<br><br>                              Defendants. | 15 Civ. 7261 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

As stated on the record today, by **June 2, 2022**, Defendants shall respond to Relator's Amended Complaint (see Dkt. No. 91).  By **June 9, 2022**, the parties shall submit a joint letter stating whether settlement discussions will proceed as to Defendant Absar Haaris, or whether motion practice and/or discovery will be necessary.  If the parties determine that motion practice will be necessary, the parties shall state their respective positions regarding the anticipated motion(s), citing case law.  In the parties' joint letter, Plaintiff-Intervenor and Relator shall also state whether they intend to move for default judgment as to Defendant City Medical Associates.  If Plaintiff-Intervenor or Relator so intend, they shall proceed by way of an order to

show cause, pursuant to this Court's Individual Rules of Practice for Civil Cases.  As to Defendants Asim Hameedi and Fawad Hameedi, the parties will submit a joint letter by **July 25, 2022** reporting on the status of their settlement discussions.

Dated:  New York, New York
       May 26, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge