UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* Dr. PATRICIA A. KELLY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY MEDICAL ASSOCIATES, P.C., ASIM HAMEEDI and ABSAR HAARIS, <br><br> Defendants. | 15 Civ. 7261 (PGG) <br><br> **CONSENT JUDGMENT** |
| UNITED STATES OF AMERICA <br><br> Plaintiff-Intervenor, <br><br> v. <br><br> CITY MEDICAL ASSOCIATES, P.C., DR. ASIM HAMEEDI, DR. ABSAR HAARIS, FAWAD HAMEEDI, ARIF HAMEEDI, and DR. EMAD SOLIMAN, <br><br> Defendants. | |

Upon the consent of Plaintiff the United States of America and Defendant Absar Haaris, it is hereby:

ORDERED, ADJUDGED and DECREED: that Plaintiff the United States of America is awarded judgment in the amount of $668,256.90 against Absar Haaris, as well as post-judgment interest at the rate of 12% per annum compounded annually.

SO STIPULATED AND AGREED TO BY:

Dated: New York, New York
June 10, 2024

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____
JACOB M. BERGMAN
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
(212) 637-2776
jacob.bergman@usdoj.gov
*Counsel for the Government*

Dated: New York, New York
June 10, 2024

SHER TREMONTE

_____
Noam Biale
Sher Tremonte
90 Broad Street, 23rd Floor
New York, NY 10004
Tel: (212) 300-2445
nbiale@shertremonte.com
*Counsel for Absar Haaris*


DEFENDANT ABSAR HAARIS


_____
Absar Haars

SO STIPULATED AND AGREED TO BY:

Dated: New York, New York
_____, 2024

Dated: _____, _____
_____, 2024

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

SHER TREMONTE

By: _____
JACOB M. BERGMAN
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
(212) 637-2776
jacob.bergman@usdoj.gov
*Counsel for the Government*

_____
Noam Biale
Sher Tremonte
90 Broad Street, 23rd Floor
New York, NY 10004
Tel: (212) 300-2445
nbiale@shertremonte.com
*Counsel for Absar Haaris*

DEFENDANT ABSAR HAARIS

_____
Absar Haars    6/10/2024

CHRISTOPHER M. PFIELSTICKER
Notary Public, State of New York
No. 01PF6433895
Qualified in Albany County
Commission expires May 31, 2026

SO ORDERED:

Dated: _June 28_, 2024

_____
HON. PAUL G. GARDEPHE
UNITED STATES DISTRICT JUDGE