UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA ex rel.
DR. PATRICIA A. KELLY, et al.,

Plaintiffs,

-against-

CITY MEDICAL ASSOCIATES, P.C.,
ASIM HAMEEDI and ABSAR HAARIS,

Defendants.

_____

UNITED STATES OF AMERICA,

Plaintiff-Intervenor,

-against-

CITY MEDICAL ASSOCIATES, P.C.,
DR. ASIM HAMEEDI, DR. ABSAR
HAARIS, FAWAD HAMEEDI, ARIF
HAMEEDI, and DR. EMAD SOLIMAN,

Defendants.

**ORDER**

15 Civ. 7261 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The Court will conduct a conference on **October 30, 2024, at 11:00 a.m.**, to address the motion of Kenneth M. Abell, Jarrod L. Schaeffer, and Katherine Kulkarni to withdraw as counsel for Defendant Asim Hameedi. (Dkt. No. 178) Mr. Hameedi and his counsel, counsel for the United States, and counsel for Relator Patricia Kelly are directed to attend. The conference will take place in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       October 22, 2024

SO ORDERED.

Paul G. Gardephe
United States District Judge