UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA ex rel.
DR. PATRICIA A. KELLY, et al.,

                                    Plaintiffs,

        -against-

CITY MEDICAL ASSOCIATES, P.C.,
ASIM HAMEEDI and ABSAR HAARIS,

                                    Defendants.

_____

UNITED STATES OF AMERICA,

                                    Plaintiff-Intervenor,

        -against-

CITY MEDICAL ASSOCIATES, P.C.,
DR. ASIM HAMEEDI, DR. ABSAR
HAARIS, FAWAD HAMEEDI, ARIF
HAMEEDI, and DR. EMAD SOLIMAN,

                                    Defendants.

**ORDER**

15 Civ. 7261 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        As discussed at today's conference, the Court will conduct a conference on

**November 8, 2024, at 11:00 a.m.,** to discuss the progress of settlement discussions.  Dr.

Hameedi and his counsel, counsel for the United States, and counsel for Relator Patricia Kelly

are directed to attend.  The conference will take place in Courtroom 705 of the Thurgood

Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       October 30, 2024

SO ORDERED.

_____

Paul G. Gardephe
United States District Judge