UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA ex rel.
DR. PATRICIA A. KELLY, et al.,

                    Plaintiffs,

-against-

CITY MEDICAL ASSOCIATES, P.C.,
ASIM HAMEEDI and ABSAR HAARIS,

                    Defendants.

---

UNITED STATES OF AMERICA,

                  Plaintiff-Intervenor,

-against-

CITY MEDICAL ASSOCIATES, P.C.,
DR. ASIM HAMEEDI, DR. ABSAR
HAARIS, FAWAD HAMEEDI, ARIF
HAMEEDI, and DR. EMAD SOLIMAN,

                  Defendants.

**ORDER**

15 Civ. 7261 (PGG)

---

PAUL G. GARDEPHE, U.S.D.J.:

        Based on the discussion at today's conference, it is this Court's understanding that the parties will submit a stipulation of settlement and proposed order of dismissal as to Dr. Asim Hameedi by **December 3, 2024.**

        If the case is not resolved as to all Defendants by December 3, 2024, counsel for the United States will submit a status report on that date detailing the status of settlement discussions as to any remaining Defendants.

Dated: New York, New York
      November 20, 2024

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge