UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* Dr. PATRICIA A. KELLY, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>CITY MEDICAL ASSOCIATES, P.C., ASIM HAMEEDI and ABSAR HAARIS,<br><br>Defendants. | 15 Civ. 7261 (PGG)<br><br>**CONSENT JUDGMENT** |
| UNITED STATES OF AMERICA<br><br>Plaintiff-Intervenor,<br><br>v.<br><br>CITY MEDICAL ASSOCIATES, P.C., DR. ASIM HAMEEDI, DR. ABSAR HAARIS, FAWAD HAMEEDI, ARIF HAMEEDI, and DR. EMAD SOLIMAN,<br><br>Defendants. | |

WHEREAS, Asim Hameedi is a member of the following LLCs: GT Road LLC, Hartland Avenue LLC, Harham Realty LLC, and Union Turnpike Realty LLC.

Upon the consent of Plaintiff the United States of America and Defendant Asim Hameedi, it is hereby:

ORDERED, ADJUDGED and DECREED: that Plaintiff the United States of America is awarded judgment in the amount of $1,093,824.98, as well as post-judgment interest at the rate of 12% per annum compounded annually, against Asim Hameedi and his ownership interest in: 6 Paddock Court, Old Westbury, NY 11568 as held by GT Road LLC; 300 East 55th Street, New York, NY 10022 as held by Hartland Avenue LLC; 216-12 Union Turnpike, Bayside NY 11365 as held by Harham Realty LLC; and 213-18 Union Turnpike, Bayside NY 11364 as held by Union Turnpike Realty LLC.

SO STIPULATED AND AGREED TO BY:

Dated: New York, New York
    December 2, 2024

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____
JACOB M. BERGMAN
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
(212) 637-2776
jacob.bergman@usdoj.gov
*Counsel for the Government*

Dated: New York, New York
    November 27, 2024

ABELL ASKEW LANDAU LLP

_____
Kenneth M. Abell
Abell Eskew Landau LLP
256 Fifth Avenue, 5th Floor
New York, NY 10001
Tel: (646) 970-7341
kabell@aellaw.com
*Counsel for Asim Hameedi*

DEFENDANT ASIM HAMEEDI

_____
Asim Hameedi

SO ORDERED:

Dated: _____Dec. 3_____, 2024

_____
HON. PAUL G. GARDEPHE
UNITED STATES DISTRICT JUDGE