UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* Dr. PATRICIA A. KELLY, *et al.*,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>CITY MEDICAL ASSOCIATES, P.C., ASIM HAMEEDI and ABSAR HAARIS,<br><br>　　　　　　　Defendants. | |
| UNITED STATES OF AMERICA<br><br>　　　　　　　Plaintiff-Intervenor,<br><br>　　v.<br><br>CITY MEDICAL ASSOCIATES, P.C., DR. ASIM HAMEEDI, DR. ABSAR HAARIS, FAWAD HAMEEDI, ARIF HAMEEDI, and DR. EMAD SOLIMAN,<br><br>　　　　　　　Defendants. | 15 Civ. 7261 (PGG)<br><br>**CONSENT JUDGMENT** |

　　Upon the consent of Plaintiff the United States of America and Defendant Fawad Hameedi , it is hereby:

　　ORDERED, ADJUDGED and DECREED: that Plaintiff the United States of America is awarded judgment in the amount of $17,252.76 against Fawad Hameedi, as well as post-judgment interest at the rate of 12% per annum compounded annually.

SO STIPULATED AND AGREED TO BY:

Dated: New York, New York
      December 2, 2024

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: /s/ Jacob M. Bergman
Jacob M. Bergman
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
(212) 637-2776
jacob.bergman@usdoj.gov
*Counsel for the Government*

Dated: New York, New York
      **December 2**, 2024

LAW OFFICES OF JAMES KOUSOUROS

/s/ James Kousouros

James Kousouros
260 Madison Avenue, 22nd Floor
New York, NY 10016
Tel: (212) 532-1934
james@kousouroslaw.com
*Counsel for Fawad Hameedi*

DEFENDANT FAWAD HAMEEDI

Fawad Hameedi

SO ORDERED:

Dated: ___Dec. 3___, 2024

_____
HON. PAUL G. GARDEPHE
UNITED STATES DISTRICT JUDGE